**105  PACK WOODS & CO. vs. CIRCUIT JUDGE (Iosco), 70 M., 135.**

**106  WRIGHT ET AL. vs. CIRCUIT JUDGE (Iosco), 70 M., 146.**

To compel respondent to quash writs of attachment in log lien suits, where several laborers had joined their claims for labor performed for a contractor, upon logs belonging to four several owners, and it was insisted that the affidavits were defective.

Denied May 3, 1888.

**107  YONKER vs. CIRCUIT JUDGE (Muskegon), No. 12715½.**

To dissolve attachment.

Order to show cause denied April 12, 1892.

The affidavit recited that defendant "is about to dispose of her property (with intent) to defraud her creditors, and has disposed of her property (with intent) to defraud her creditors," omitting the words in brackets.

**108  NEDERLANDER vs. CIRCUIT JUDGE (Wayne), 55 M., 411.**

To quash writ of attachment for defects in the affidavit, where the writ had been served both personally and upon property.

Denied January 6, 1885.

Held that the court would not interfere in this manner to inquire into the grounds of the motion.